# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTHONY WILLIAMS,

    Petitioner,

:      Case No. 3:06-cv-284

:      District Judge Thomas M. Rose
  -vs-      Chief Magistrate Judge Michael R. Merz

XENIA MUNICIPAL COURT,

:

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 9, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Petition for Writ of Habeas Corpus be dismissed without prejudice for lack of exhaustion of available state court remedies.

November 17, 2006.      **s/THOMAS M. ROSE**

                                          Thomas M. Rose
                                   United States District Judge